UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-0605-TJH(AFMx) | Date | MARCH 26, 2020 |
|----------|--------------------------|------|----------------|

| Title | PEDRO BRAVO CASTILLO, ET AL., v. WILLIAM BARR, ET AL., |
|-------|--------------------------------------------------------|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|-----------------|--------------|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Government is hereby ordered to file its opposition to the Temporary Restraining Order by no later than **6:00 a.m. on March 27, 2020.**

IT IS SO ORDERED.

cc: all parties; AUSA

CV-90                                **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk ys