```
                    FILED
          CLERK, U.S. DISTRICT COURT

              April 24, 2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY:      VPC      DEPUTY
```

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| PEDRO BRAVO CASTILLO and LUIS VASQUEZ RUEDA., <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, *et al.*, <br><br> Respondents. | CV 20-00605 TJH (AFMx) <br><br> **Stay Order** |

On April 23, 2020, the Court: (1) Provisionally certified *Roman, et al. v. Wolf, et al.*, CV 20-768 TJH (PVCx) as a class action pursuant to Fed. R. Civ. P. 23(b)(2); and (2) Issued a class-wide Preliminary Injunction in *Roman*. As a class action certified under Fed. R. Civ. P. 23(b)(2), *Roman* is a mandatory, no opt out class action. *See Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 361-62 (2011).

Petitioners are members of the provisionally certified class in *Roman*.

The Court previously issued Temporary Restraining Orders, in this case, ordering Petitioners' release from detention.

Accordingly,

**It is Ordered** that, pursuant to the Preliminary Injunction issued in *Roman*, Petitioners shall remain released pending a final resolution of *Roman* or further order of the Court.

**It is further Ordered** that pending a final resolution of *Roman*, this case be, and hereby is, **Stayed**.

Date: April 24, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge