# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, *et al.*, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants-Respondents. | ED CV 20-00768 TJH (PVCx) <br><br> Scheduling Order |

The Court has considered the evidence and arguments presented in favor of and against Petitioners' petition for a writ of *habeas corpus*.

While the petition sets forth significant legal issues, there are significant disparities in the facts as set forth by the parties. Because the record does not conclusively establish that Petitioners are not entitled to *habeas* relief under 28 U.S.C. § 2241, Petitioners are entitled to an evidentiary hearing on their petition. *See Anderson v. United States*, 898 F.2d 751, 753 (1990). The Court will combine the evidentiary hearing on Petitioners' petition for a writ of *habeas corpus* with a court trial on Petitioners' claims for injunctive and declaratory relief.

Each side will be allowed 8 hours to present their case. The time limit includes all aspects of the case, including opening statements, direct and cross examinations,

arguments on objections, and closing arguments.  In lieu of closing arguments, the parties may file closing briefs, of no more than 25 pages, no later than ten days after the conclusion of the evidentiary hearing and trial.

The following dates are subject to change by the Court in response to the COVID-19 pandemic; at this time, it is unclear as to when the First Street Courthouse will re-open for evidentiary hearings and court trials for civil cases.

| | |
|---|---|
| July 31, 2020 | Discovery Cut Off |
| August 10, 2020 | Substantive Motion Filing Deadline |
| August 27, 2020 | Motion *in Limine* Filing Deadline |
| September 14, 2020 | Final Pretrial Conference |
| October 6, 2020 | Evidentiary hearing and court trial at 10:00 a.m. |

While the Ninth Circuit has not yet reached the issue, it is clear to the Court that it has the inherent authority, at least in extraordinary cases, to release detainees on bail during the pendency of their *habeas* petitions.  *See Mapp v. Reno*, 241 F.3d 221, 226 (2d Cir. 2001); *Landano v. Rafferty*, 970 F.2d 1230, 1239 (3d Cir. 1992); *Dotson v. Clark*, 900 F.2d 77, 79 (6th Cir. 1990); *Martin v. Solem*, 801 F.2d 324, 329 (8th Cir. 1986); *Cherek v. U.S.*, 767 F.2d 335, 337 (7th Cir. 1985); *Pfaff v. Wells*, 648 F.2d 689, 693 (10th Cir. 1981); *In re Wainwright*, 518 F.2d 173, 174 (5th Cir. 1975); *Woodcock v. Donnelly*, 470 F.2d 93, 94 (1st Cir. 1972); *Baker v. Sard*, 420 F.2d 1342, 1343 (D.C. Cir. 1969); *Rivas v. Jennings*, Case No. 20-cv-02731-VC (N. D. Cal. Apr. 29, 2020); *Savino v. Souza*, Case No. 20-CV-10617-WGY (D. Mass. Apr. 8, 2020); *Coronel v. Decker*, 2020 WL1487274 (S.D.N.Y. Mar. 27, 2020); *See also Land v. Deeds*, 878 F.2d 318, 318 (9th Cir. 1989); *In re Roe*, 257 F.3d 1077, 1080 (9th Cir. 2001); *Nadarajah v. Gonzales*, 443 F.3d 1069, 1084 (9th Cir. 2006); *United States v. McCandless*, 841 F.3d 819, 822 (9th Cir. 2016); *Tam v. I.N.S.*, 14 F. Supp. 2d 1184, 1192 (E.D. Cal. 1998).

Consequently, the Court will entertain a class-wide motion for bail.  If such a

motion is filed and granted, the Court will, thereafter, individually consider whether each class member is eligible for bail, with or without conditions of release. Before a motion for bail is filed, the Court expects the parties to meet and confer, pursuant to Local Rule 7-3, to endeavor to reach an agreement as to a briefing schedule and a proposed orderly process for the Court to consider bail for each of the class members.

The Court will, also, consider motions to intervene, pursuant to Fed. R. Civ. P. 24, for the limited purpose of seeking bail, by class members who have, *inter alia*, filed their own individual *habeas* petitions, which have been stayed by the Court after the certification of this no opt-out class action. Class counsel and counsel for the Government shall coordinate with counsel in those individually filed *habeas* cases to endeavor to reach a proposed orderly process for the Court to consider bail for each of the class members.

The Clerk of Court shall file a copy of this order in each of the related, individually filed Adelanto *habeas* cases to give notice of the Court's willingness to entertain motions to intervene for the limited purpose of seeking bail. A list of those cases is attached to this order.

IT IS SO ORDERED.

Date: June 1, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge

## Individually Filed Adelanto *Habeas* Cases

| Case Number | Petitioner |
|---|---|
| ED CV 20-590 TJH | Fraihat |
| ED CV 20-605 TJH | Castillo |
| ED CV 20-605 TJH | Vasquez |
| ED CV 20-617 TJH | Hernandez |
| ED CV 20-625 TJH | Munoz |
| ED CV 20-626 TJH | Sudney |
| ED CV 20-627 TJH | Rodriguez |
| ED CV 20-810 TJH | Dacoff |
| ED CV 20-894 TJH | Hernandez Velaszquez |
| ED CV 20-811 TJH | Salgado |
| ED CV 20-812 TJH | Vite |
| ED CV 20-813 TJH | Arellano |
| ED CV 20-646 TJH | Nguyen |
| ED CV 20-650 TJH | Bogle |
| ED CV 20-651 TJH | Villegas Gomez |
| ED CV 20-653 TJH | Singh |
| ED CV 20-654 TJH | Landeros |
| ED CV 20-655 TJH | Meraz-Hernandez |
| ED CV 20-668 TJH | Cruz |
| ED CV 20-686 TJH | Rodriguez |
| ED CV 20-690 TJH | Manuel |
| ED CV 20-700 TJH | Eyere |
| ED CV 20-702 TJH | Lopez |
| ED CV 20-708 TJH | Lepe |
| ED CV 20-709 TJH | Ortuno |

| | |
|---|---|
| ED CV 20-710 TJH | Ordonez |
| ED CV 20-712 TJH | Arevalo |
| ED CV 20-713 TJH | Yanez-Montoya |
| ED CV 20-715 TJH | Bare |
| ED CV 20-716 TJH | Aparacio |
| ED CV 20-718 TJH | Moreno |
| ED CV 20-719 TJH | Phaymany |
| CV 20-3234 TJH | Beltran-Rivera |
| ED CV 20-721 TJH | Sekona |
| ED CV 20-732 TJH | Garcia-Monarrez |
| CV 20-3357 TJH | Martinez |
| ED CV 20-740 TJH | Bernardino |
| ED CV 20-741 TJH | Sfera |
| ED CV 20-744 TJH | Camargo |
| ED CV 20-745 TJH | Lopez |
| ED CV 20-751 TJH | Sanchez |
| ED CV 20-759 TJH | Zeweldi |
| ED CV 20-760 TJH | Legarda-Bugarin |
| ED CV 20-762 TJH | Tablada |
| ED CV 20-765 TJH | Fortoh |
| ED CV 20-778 TJH | Antonio |
| ED CV 20-779 TJH | Gonzalez |
| ED CV 20-780 TJH | Giron |
| ED CV 20-781 TJH | Reyes |
| ED CV 20-782 TJH | Efrain |
| ED CV 20-783 TJH | Lizalde |
| ED CV 20-784 TJH | Nayaron |
| ED CV 20-785 TJH | Pop |

| | | |
|---|---|---|
| 1 | ED CV 20-786 TJH | Fuentes |
| 2 | ED CV 20-787 TJH | Martinez |
| 3 | ED CV 20-788 TJH | Hernandez |
| 4 | ED CV 20-789 TJH | Silva |
| 5 | ED CV 20-791 TJH | Babatunde |
| 6 | ED CV 20-794 TJH | Ramirez |
| 7 | ED CV 20-796 TJH | Garcia |
| 8 | ED CV 20-816 TJH | Osorio |
| 9 | ED CV 20-824 TJH | Orejel |
| 10 | ED CV 20-828 TJH | Martinez |
| 11 | ED CV 20-830 TJH | Tome |
| 12 | ED CV 20-836 TJH | Polanco |
| 13 | ED CV 20-837 TJH | Soares |
| 14 | ED CV 20-843 TJH | Antonic |
| 15 | ED CV 20-846 TJH | Morales |
| 16 | ED CV 20-849 TJH | Ogbechie |
| 17 | ED CV 20-853 TJH | Tapete |
| 18 | ED CV 20-855 TJH | Vega |
| 19 | ED CV 20-856 TJH | Sikat |
| 20 | ED CV 20-857 TJH | Gomez |
| 21 | ED CV 20-858 TJH | Leal |
| 22 | ED CV 20-866 TJH | Najera |
| 23 | ED CV 20-863 TJH | Rodriguez |
| 24 | ED CV 20-874 TJH | Martinez |
| 25 | ED CV 20-882 TJH | Cortez |
| 26 | ED CV 20-886 TJH | Lopez |
| 27 | ED CV 20-903 TJH | Regalado-Gomez |
| 28 | ED CV 20-915 TJH | Gonzalez |

| | |
|---|---|
| ED CV 20-916 TJH | Medina |
| ED CV 20-918 TJH | Valenzuela Cruz |
| ED CV 20-933 TJH | Delgadillo |
| ED CV 20-935 TJH | Alvizures |
| ED CV 20-939 TJH | Vega |
| ED CV 20-943 TJH | Andrade |
| ED CV 20-944 TJH | Rivera |
| ED CV 20-947 TJH | Mansaray |
| ED CV 20-949 TJH | Martinez |
| ED CV 20-953 TJH | Soto |
| ED CV 20-954 TJH | Penaloza |
| ED CV 20-958 TJH | Gonzalez |
| ED CV 20-960 TJH | Pardo |
| ED CV 20-965 TJH | Hernandes |
| ED CV 20-978 TJH | Sanabria |
| ED CV 20-983 TJH | Martinez |
| ED CV 20-998 TJH | Keleta |
| ED CV 20-1000 TJH | Park |
| ED CV 20-1001 TJH | Kim |
| ED CV 20-1002 TJH | Park |
| ED CV 20-1007 TJH | Sandoval |
| ED CV 20-1018 TJH | Han |
| ED CV 20-1031 TJH | Galan-Najarro |
| ED CV 20-1072 TJH | Brooks |
| ED CV 20-1079 TJH | Prasad |